**Tracy FRAVEL, Respondent,**

v.

**GUARANTY LAND TITLE, et al., Appellants.**

**No. WD 54304.**

Missouri Court of Appeals, Western District.

Jan. 13, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Application to Transfer Denied April 21, 1998.

John D. Schneider, St. Louis, for Respondent.

John J. Johnson, Jr., St. Louis, for Appellants.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from an award of temporary total disability benefits in a workers' compensation case.

Affirmed. Rule 84.16(b). Respondent's motion for damages for frivolous appeal is denied.